UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGES CHALEMIN,<br><br>Defendant. | ) Hon. Dickinson R. Debevoise, Senior Judge<br>) Crim. No. 10-413(DRD)<br>)<br>) **ORDER FOR RETURN**<br>) **OF PASSPORT** |

THIS MATTER having been opened to the Court upon the application of defendant Georges Chalemin, Jerome A. Ballarotto, Esq. appearing on his behalf, Christopher J. Kelly, Assistant United States Attorney, appearing on behalf of the United States of America, and the Court having considered the arguments of counsel;

IT IS on this 3rd day of December, 2010,

ORDERED that defendant Georges Chalemin's motion to have his passport returned to him is hereby GRANTED.

_____
Hon. Dickinson R. Debevoise, Senior Judge