PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-645-2736
LAB0321
FLU:KCPB


# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY


| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GEORGES CHALEMIN,**<br><br>*Defendant,*<br>and<br><br>**HUDSON CITY SAVINGS BANK,**<br>**and its successors or assigns,**<br><br>*Garnishee.* | **Hon.  Dickinson R. Debevoise**<br><br><br>CRIMINAL No. 10-413<br><br><br>**GARNISHEE ORDER** |


An Application and Order for Writ of Garnishment was filed by the United States of

America, and a Writ of Garnishment directed to Garnishee was duly issued.  The Garnishee

waived service of the Writ of Garnishment by United States Marshal and accepted service by

certified mail.  Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the

Writ stating that at the time of the service of the Writ he had in his possession, custody or under

his control, personal property belonging to and due defendant, and that garnishee was indebted to

-2-

defendant in the sum of $35,430.92.

IT IS ORDERED that the garnishee turnover 35,430.92 (this amount may have

increased/decreased according to the market) of the defendant's account so that it may be applied

to the defendant's financial obligation to the United States of America.

DATED: March 9, 2011

HON. DICKINSON DEBEVOISE, JUDGE
UNITED STATES DISTRICT COURT