**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ
(609) 989-2071
FAX: (609) 989-2367

October 8, 2013

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Dickinson R. Debevoise
Senior United States District Court Judge
Martin Luther King, Jr. Federal
Building and United States Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey 07012

        RE: Chalemin, George
        Dkt. # 2:10CR00413-001
        Report of Offender Under Supervision

Dear Judge Debevoise:

On November 15, 2010, the offender was sentenced by Your Honor to three (3) years probation. The following special conditions were imposed: mental health treatment, no new debt/credit, DNA testing, employment restrictions, and six (6) months home confinement. He was also ordered to pay a $100 special assessment and $2,108,855.60 restitution.

We believe that Mr. Chalemin has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $98,513.79 towards his restitution obligation. We are respectfully requesting that no further action be taken and that Mr. Chalemin's term of supervision be allowed to expire as scheduled on November 14, 2013.

Should Your Honor concur with this recommendation, please sign and return the attached petition.

Should Your Honor have any questions, please contact the undersigned at (973)645-4240.

        Very truly yours,

        WILFREDO TORRES, Chief
        U.S. Probation Officer

        By: Beth L. Neugass
        Supervising U.S. Probation Officer

BLN/mas

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: George Chalemin　　　　　　　　　　　　　Cr.: 2:10CR00413-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 58177

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise,
　　　　　　　　　　　　　　　　　　Senior United States District Court Judge

Date of Original Sentence: November 15, 2010.

Original Offense: Conspiracy to commit wire fraud.

Original Sentence: Three (3) years probation.

Type of Supervision: Probation.　　　　　　　Date Supervision Commenced: November 15, 2010.

## STATUS REPORT

U.S. Probation Officer Action:

On November 15, 2010, the offender was sentenced by Your Honor to three (3) years probation. The following special conditions were imposed: mental health treatment, no new debt/credit, DNA testing, employment restrictions, and six (6) months home confinement. He was also ordered to pay a $100 special assessment and $2,108,855.60 restitution.

Mr. Chalemin currently resides in Hackettstown, NJ. He has been employed with Evolution Construction since June, 2011. We believe that Mr. Chalemin has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $98,513.79 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Chalemin's term of supervision to expire as scheduled on November 14, 2013.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: Beth L. Neugass
　　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　Date: October 8, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Concur with the recommendation of the U.S. Probation Office. Case to expire on November 14, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer